| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J.LBR 9004-1** <br><br>**STEWART LEGAL GROUP, P.L**. <br>*Formed in the State of Florida* <br>Gavin N. Stewart, Esq. <br>*Of Counsel to Bonial & Associates, P.C.* <br>401 East Jackson Street, Suite 2340 <br>Tampa, FL 33602 <br>Tel: 813-371-1231/Fax: 813-371-1232 <br>E-mail: gavin@stewartlegalgroup.com <br>*Attorney for Creditor* | Order Filed on October 1, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In re: <br><br>William E Joyner, <br><br>         Debtor. | Chapter 13 <br><br>Case No. 19-18000-JNP <br><br>Hearing Date: September 15, 2020 <br><br>Judge Jerrold N. Poslusny, Jr |

**CONSENT ORDER RESOLVING MOTION TO
VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 1, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: William E Joyner
Case No.: 19-18000-JNP
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay and Co-Debtor Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 ("Creditor"), whereas the post-petition arrearage amount was $10,547.57 as of September 8, 2020, and whereas the Debtors and Creditor seek to resolve the Motion, it is hereby Ordered:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **104 N. Vermont Ave., Atlantic City, New Jersey, 08401** ("Property") provided that the Debtors comply with the following:

   a. Beginning on or before October 1, 2020 and continuing monthly on or before the 1st day of each consecutive month, the Debtor shall cure the post-petition arrearage by making 6 monthly payments of $1757.93 each, directly to Creditor; and

   b. In addition to the above payments, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the October 1, 2020 payment.

2. All payments due hereunder shall be sent directly to Creditor at the following address: Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Rhondi Schwartz* | */s/Gavin N. Stewart* |
| Rhondi Schwartz, Esq. | Gavin N. Stewart, Esq. |
| Jenkins & Clayman | Stewart Legal Group, P.L. |
| 412 White Horse Pike | 401 East Jackson Street, Suite 2340 |
| Audubon, NJ 08106 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |