| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on October 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>William E Joyner,<br><br>                       Debtor. | Chapter 13<br><br>Case No. 19-18000-JNP<br>Hearing Date: September 15, 2020<br><br>Judge Jerrold N. Poslusny, Jr |

### CONSENT ORDER RESOLVING MOTION TO
### VACATE AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 1, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:            William E Joyner
Case No.:          19-18000-JNP
Caption of Order:  **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay and Co-Debtor Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 ("Creditor"), whereas the post-petition arrearage amount was $10,547.57 as of September 8, 2020, and whereas the Debtors and Creditor seek to resolve the Motion, it is hereby Ordered:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **104 N. Vermont Ave., Atlantic City, New Jersey, 08401** ("Property") provided that the Debtors comply with the following:

    a. Beginning on or before October 1, 2020 and continuing monthly on or before the 1st day of each consecutive month, the Debtor shall cure the post-petition arrearage by making 6 monthly payments of $1757.93 each, directly to Creditor; and

    b. In addition to the above payments, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the October 1, 2020 payment.

2. All payments due hereunder shall be sent directly to Creditor at the following address: Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


*/s/ Rhondi Schwartz*             */s/Gavin N. Stewart*
Rhondi Schwartz, Esq.             Gavin N. Stewart, Esq.
Jenkins & Clayman                 Stewart Legal Group, P.L.
412 White Horse Pike              401 East Jackson Street, Suite 2340
Audubon, NJ 08106                 Tampa, FL 33602
*Counsel to Debtor*               *Counsel to Creditor*

United States Bankruptcy Court
District of New Jersey

In re: Case No. 19-18000-JNP
William E Joyner  Chapter 13
  Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　　　　　User: admin　　　　　　　　Page 1 of 2
Date Rcvd: Oct 01, 2020　　　　　　Form ID: pdf903　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

**Recip ID    Recipient Name and Address**
db         + William E Joyner, 104 N. Vermont Avenue, Atlantic City, NJ 08401-5531

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2020　　　　　　　Signature:　　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

**Name          Email Address**

Denise E. Carlon
　　　on behalf of Creditor The Bank of New York Mellon Not in its individual capacity but solely as Trustee for the Benefit of the Certificateholders of CWABS Inc. Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
　　　on behalf of Debtor William E Joyner jenkins.clayman@verizon.net connor@jenkinsclayman.com

Gavin Stewart
　　　on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Isabel C. Balboa
　　　ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
　　　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Oct 01, 2020 | Form ID: pdf903 | Total Noticed: 1

Rebecca Ann Solarz
    on behalf of Creditor The Bank of New York Mellon Not in its individual capacity but solely as Trustee for the Benefit of the Certificateholders of CWABS Inc.  Asset-Backed Certificates, Series 2007-1 rsolarz@kmllawgroup.com

Rhondi L. Schwartz
    on behalf of Debtor William E Joyner jenkins.clayman@verizon.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8