Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−18000−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    William E Joyner
    104 N. Vermont Avenue
    Atlantic City, NJ 08401

Social Security No.:
    xxx−xx−7524

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:    1/21/21
Time:    02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
FEES: $2,467.50

EXPENSES
$15.70

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 9, 2020
JAN:

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-18000-JNP
William E Joyner                                                                           Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 09, 2020 | Form ID: 137 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William E Joyner, 104 N. Vermont Avenue, Atlantic City, NJ 08401-5531 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518193484 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB Macy's, Macy's Department Stores, PO Box 8218, Mason, OH 45040 |
| 518193485 | + | First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 518193486 | + | I C System Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 518193487 | + | NCB Management Services INC, PO Box 1099, Langhorne, PA 19047-6099 |
| 518286668 | #+ | Rebecca A. Solarz, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518193489 | + | Santander, PO BOX 5477, Trenton, NJ 08638-0477 |
| 518212273 | | Santander Consumer USA, Inc, O.O. Box 961245, Fort Worth TX 76161-1245 |
| 518207061 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518193490 | + | The Bank of New Jersey, c/o Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 518325203 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2020 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2020 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518193483 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 09 2020 22:10:47 | Capital One, PO Box 70886, Charlotte, NC 28272-0886 |
| 518272146 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2020 21:28:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518193488 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2020 22:11:49 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 518307181 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2020 22:12:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518321354 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2020 22:10:52 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518270542 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 09 2020 21:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518224671 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 09 2020 22:12:58 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| Case 19-18000-JNP | Doc 49 | Filed 12/11/20 | Entered 12/12/20 00:17:36 | Desc Imaged |
Certificate of Notice Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 09, 2020 | Form ID: 137 | Total Noticed: 22 |

518303556 + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM
                                        Dec 09 2020 22:11:01    Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2020             Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

**Name**            **Email Address**

Denise E. Carlon
         on behalf of Creditor The Bank of New York Mellon Not in its individual capacity but solely as Trustee for the Benefit of the Certificateholders of CWABS Inc. Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
         on behalf of Debtor William E Joyner jenkins.clayman@verizon.net connor@jenkinsclayman.com

Gavin Stewart
         on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Isabel C. Balboa
         ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
         on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Rebecca Ann Solarz
         on behalf of Creditor The Bank of New York Mellon Not in its individual capacity but solely as Trustee for the Benefit of the Certificateholders of CWABS Inc. Asset-Backed Certificates, Series 2007-1 rsolarz@kmllawgroup.com

Rhondi L. Schwartz
         on behalf of Debtor William E Joyner jenkins.clayman@verizon.net

U.S. Trustee
         USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8