| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Angela C. Pattison, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: apattison@hillwallack.com<br>*Attorneys for Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1* | |
| In Re:<br><br>William E Joyner<br><br>                Debtor(s). | Case No.: 19-18000<br><br>Chapter: 13<br><br>Judge: Jerrold N. Poslusny Jr. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:
           Hill Wallack LLP
           21 Roszel Road, P.O. Box 5226
           Princeton, NJ 08543

    DOCUMENTS:

        ☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☑  All documents and pleadings of any nature.

By:*/s/* Angela C. Pattison

Dated: August 5, 2024

*new.8/1/15*

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Angela C. Pattison, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: apattison@hillwallack.com<br>*Attorneys for Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1* |

| | |
|---|---|
| In Re:<br><br>William E Joyner<br><br>Debtor(s). | Case No.: 19-18000<br><br>Chapter: 13<br><br>Judge: Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, Michael Hartmann:

   ☐ represent _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

1. On August 5, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

<br>

*/s/ Michael Hartmann*
Michael Hartmann

Dated: August 5, 2024

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| William E Joyner<br>104 N. Vermont Avenue<br>Atlantic City, NJ 08401 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Jeffrey E. Jenkins<br>412 White Horse Pike<br>Audubon, NJ 08106 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Andrew B Finberg<br>535 Route 38 Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.